STATE v. ATKINS

No. 9A94-2

Case below: Buncomb County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Buncombe County denied 15 January 1997.

STATE v. BACON

No. 209A91-2

Case below: Onslow County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Onslow County denied 7 February 1997.

STATE v. BLEVINS

No. 325P96

Case below: 123 N.C.App. 161

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

STATE v. CURRY

No. 515P96

Case below: 124 N.C.App. 459

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 February 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

STATE v. DAUGHTRY

No. 412A93-3

Case below: Johnston County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Johnston County denied 7 February 1997.